United States Bankruptcy Court
District of Arizona

In re:  Case No. 23-00603-DPC
JOSEPH M BINFET  Chapter 13
CHARLENE F BINFET
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0970-2     User: admin     Page 1 of 4
Date Rcvd: Jun 06, 2023     Form ID: pdf001     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | JOSEPH M BINFET, CHARLENE F BINFET, 10510 E KIVA AVE, MESA, AZ 85209-1542 |
| 16893362 | + | Banner Health, 1643 Lewis Ave, Ste 203, Billings MT 59102-4151 |
| 16963265 | + | DONALD L BARENZ, PATRICIA A DELANEY, 535 S CLEARVIEW AVE, MESA, AZ 85208-1920 |
| 16893375 | + | Don Barenz, 535 S Clearview, Mesa AZ 85208-1920 |
| 16893384 | + | Patricia Delaney, 535 S Clearview Ave, Mesa AZ 85208-1920 |
| 16893390 | + | Title Max, 6920 E Baseline Rd, Ste 101, Mesa AZ 85209-4855 |
| 16893393 | #+ | WIN Home Inspection, 550 W Washington Blvd, Chicago IL 60661-2708 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcynotices@azdor.gov | Jun 06 2023 23:23:00 | ARIZONA DEPARTMENT OF REVENUE, 2005 N Central Ave Suite 100, Phoenix, AZ 85004-1546 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2023 23:43:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16893361 | | Email/Text: bankruptcynotices@azdor.gov | Jun 06 2023 23:23:00 | Arizona Department of Revenue, Attention BK Payment Unit, 2005 N Central Ave, Ste 100, Phoenix AZ 85004-1546 |
| 16900361 | + | Email/Text: bankruptcy@avadynehealth.com | Jun 06 2023 23:24:00 | BANNER HEALTH, C/O H AND R ACCOUNTS INC, PO BOX 672, MOLINE, IL 61266-0672 |
| 16893363 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 06 2023 23:24:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington DE 19899-8801 |
| 16893364 | | Email/Text: compliance@berlinwheeler.com | Jun 06 2023 23:25:00 | Berlin-Wheeler, 2942 SW Wanamaker Dr #200, Topeka KS 66614 |
| 16893365 | + | Email/Text: compliance@berlinwheeler.com | Jun 06 2023 23:25:00 | Berlin-Wheeler, Inc., Attn: Bankruptcy, Po Box 479, Topeka KS 66601-0479 |
| 16893367 | + | Email/Text: bankruptcy@bmecollect.com | Jun 06 2023 23:24:00 | Bureau Of Medical Economics, 326 E Coronado Rd, Phoenix AZ 85004-1524 |
| 16893366 | + | Email/Text: bankruptcy@bmecollect.com | Jun 06 2023 23:24:00 | Bureau Of Medical Economics, Attn: Bankruptcy, Po Box 20247, Phoenix AZ 85036-0247 |
| 16893368 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 06 2023 23:24:00 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks CA 91411-2546 |
| 16893369 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2023 23:41:48 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City UT 84130-0285 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 16893370 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 06 2023 23:56:17 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano TX 75024-2302 |
| 16919350 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 06 2023 23:56:17 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 16923016 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 06 2023 23:43:06 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16918179 | | Email/Text: bmg.bankruptcy@centurylink.com | Jun 06 2023 23:25:00 | CenturyLink, P.O. Box 2961, Phoenix AZ 85062-2961 |
| 16893372 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2023 23:43:01 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16921981 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2023 23:42:02 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16893373 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 06 2023 23:56:13 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis MO 63179-0034 |
| 16893374 | + | Email/Text: CCICollectionsGlobalForms@cox.com | Jun 06 2023 23:25:01 | Cox, 1500 W DEER VALLEY RD, Phoenix AZ 85027-2121 |
| 16906017 | | Email/Text: operationsclerk@easypayfinance.com | Jun 06 2023 23:23:00 | Duvera dba Easypay Finance, P.O. Box 2549, Carlsbad, CA 92018 |
| 16893376 | | Email/Text: operationsclerk@easypayfinance.com | Jun 06 2023 23:23:00 | Easy Pay/Duvera Collections, Attn: Bankruptcy, Po Box 2549, Carlsbad CA 92018 |
| 16893377 | + | Email/Text: EBN@edfinancial.com | Jun 06 2023 23:24:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville TN 37930-6008 |
| 16893378 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 06 2023 23:24:00 | Internal Revenue Service, PO Box 7346, Philadelphia PA 19101-7346 |
| 16893371 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 06 2023 23:42:49 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington DE 19850 |
| 16904895 | + | Email/Text: RASEBN@raslg.com | Jun 06 2023 23:24:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 16893379 | + | Email/Text: Accounts_Control@kitsapcu.org | Jun 06 2023 23:25:00 | Kitsap Credit Union, Attn: Bankruptcy, Po Box 990, Bremerton WA 98337-0230 |
| 16893380 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Jun 06 2023 23:25:00 | Les Schwab Tire Center, 20900 Cooley Road, Bend OR 97701-3406 |
| 16919520 | + | Email/Text: ZyCredit.A.User@lesschwab.com | Jun 06 2023 23:25:00 | Les Schwab Tire Centers of WASHINGTON, Inc., PO Box 5350, Bend OR 97708-5350 |
| 16911511 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 06 2023 23:25:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 16893381 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 06 2023 23:25:00 | Midland Funding, 350 Camino De La Reina St, Ste 100, San Diego CA 92108-3007 |
| 16893386 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2023 23:42:27 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd Ste 100, Norfolk VA 23502 |
| 16893385 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2023 23:41:50 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk VA 23502 |
| 16909427 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 06 2023 23:42:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 16894021 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 06 2023 23:56:23 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 16893383 | ^ | MEBN | Jun 06 2023 23:20:47 | Patenaude & Felix, 9619 Chesapeake Dr, Ste 300, San Diego CA 92123-1392 |

| | | | | |
| --- | --- | --- | --- | --- |
| 16902496 | | Email/Text: bnc-quantum@quantum3group.com | Jun 06 2023 23:25:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 16893387 | + | Email/Text: bankruptcynotices@sba.gov | Jun 06 2023 23:24:00 | SBA, PO BOX 3918, Portland OR 97208-3918 |
| 16893388 | | Email/Text: bankruptcy@snapfinance.com | Jun 06 2023 23:23:00 | Snap Finance, PO Box 26561, Salt Lake City UT 84126 |
| 16893389 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 06 2023 23:42:58 | Syncb/fmj, Attn: Bankruptcy, Po Box 965060, Orlando FL 32896-5060 |
| 16893391 | | Email/Text: bankruptcies@uplift.com | Jun 06 2023 23:24:00 | Uplift, Inc., Attn: Bankruptcy, 440 N Wolfe Rd, Sunnyvale CA 94085 |
| 16901572 | + | Email/Text: EBN@edfinancial.com | Jun 06 2023 23:24:00 | US Dept. of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16936035 | | Email/PDF: ebn_ais@aisinfo.com | Jun 06 2023 23:56:14 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16893392 | + | Email/Text: bankruptcyreports@wakeassoc.com | Jun 06 2023 23:25:00 | Wakefield & Associates, Attn: Bankruptcy, 10800 East Bethany Drive Ste 450, Aurora CO 80014-2697 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 16893382 | | Northstar Comm Cr Un |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2023      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Bradley Stevens | on behalf of Creditor ARIZONA DEPARTMENT OF REVENUE bradley.stevens@azag.gov bankruptcyunit@azag.gov,hua.qin@azag.gov,michelle.schlosser@azag.gov,sandra.carlson@azag.gov |
| EDWARD J. MANEY | courtecf@maney13trustee.com |
| THOMAS ADAMS MCAVITY | on behalf of Joint Debtor CHARLENE F BINFET documents@phxfreshstart.com tom@phxfreshstart.com |
| THOMAS ADAMS MCAVITY | |

on behalf of Debtor JOSEPH M BINFET documents@phxfreshstart.com tom@phxfreshstart.com

U.S. TRUSTEE

USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 5

SO ORDERED.

Dated: June 6, 2023

Daniel P. Collins, Bankruptcy Judge

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re

JOSEPH M. BINFET,

CHARLENE F. BINFET,

Debtors.

CHAPTER 13

CASE NO. 2: 23-00603-DPC

**STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN**

The Chapter 13 Plan having been properly noticed out to creditors and any objection to confirmation having been resolved,

**IT IS ORDERED** confirming the Plan of the Debtors as follows:

(A) **INCOME SUBMITTED TO THE PLAN.** Debtors shall submit the following amounts of future income to the Trustee for distribution under the Plan.

(1) Future Earnings or Income. Debtors shall make the following monthly Plan payments:

| Months | Amount |
|--------|--------|
| 1-60   | $1,390.00 |

The payments are due on or before the 2nd day of each month commencing March 2, 2023. Debtors are advised that when payments are remitted late, additional interest may accrue

- 1 -

In re: Binfet
Case No. 2: 23-00603-DPC

on secured debts which may result in a funding shortfall at the end of the Plan term. Any funding shortfall must be cured before the plan is deemed completed.

The Debtors shall provide to the Trustee copies of their **federal** and **state** income tax returns for post-petition years 2022-2026 within 30 days of filing them. The purpose is to assist the Trustee in determining any change in Debtors' annual disposable income.

(2) Other Property. In the event that other property is submitted, it shall be treated as supplemental payments.

(B) **DURATION.** This Plan shall continue for 60 months from the first regular monthly payment described in Paragraph (A)(1) above. If at any time before the end of the Plan period all claims are paid, then the Plan shall terminate. In no event will the term of the Plan be reduced to less than 60 months, exclusive of any property recovered by the Trustee, unless all allowed claims are paid in full.

(C) **CLASSIFICATION AND TREATMENT OF CLAIMS.** Claims shall be classified as listed below. The Plan and this Order shall not constitute an informal proof of claim for any creditor. This Order does not allow claims. Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. The Trustee shall receive the percentage fee on the Plan payments pursuant to 28 U.S.C. § 586(e), then the Trustee will pay secured creditors or allowed claims in the following order:

(1) <u>Administrative expenses:</u>

<u>Attorney Fees.</u> Tom McAvity, shall be allowed total compensation of $4,500. Counsel received $13.00 prior to filing this case and will be paid $4,487.00 by the Chapter 13 Trustee.

(2) <u>Claims Secured by Real Property:</u>

(a) None.

(3) <u>Claims Secured by Personal Property:</u>

- 2 -

In re: Binfet
Case No. 2: 23-00603-DPC

(a) Kitsap Credit Union, secured by a lien in a 2016 Kia Sorento, shall be paid a secured claim of $8,493.80 with 7.750% interest. The creditor will receive adequate protection payments of $100.00 per month. The balance of the debt shall be classified as unsecured.

(b) Capital One Auto Finance, secured by a lien in a 2020 Toyota Rav4, shall be paid a secured claim of $33,511.12 with 7.750% interest. The creditor will receive adequate protection payments of $350.00 per month. The balance of the debt shall be classified as unsecured.

(4) <u>Unsecured Priority Claims:</u>

(a) Internal Revenue Service shall be paid an unsecured priority claim of $12,729.96 with no interest for income taxes.
(b) Arizona Department of Revenue shall be paid an unsecured priority claim of $1,572.26 with no interest for income taxes.

(5) <u>Surrendered Property:</u>

Upon confirmation of this plan or except as otherwise ordered by the Court, bankruptcy stays are lifted as to collateral to be surrendered. Such creditor shall receive no distribution until the creditor timely files a claim or an amended proof of claim that reflects any deficiency balance remaining on the claim. Assuming the creditor has an allowed proof of claim, should the creditor fail to file an amended claim consistent with this provision, the Trustee need not make any distributions to that creditor. Debtors surrender the following property:

(a) None.

(6) <u>Other Provisions:</u> None.

- 3 -

In re: Binfet
Case No. 2: 23-00603-DPC

(7) <u>Unsecured Nonpriority Claims.</u> Claims allowance is determined by § 502 and the Federal Rules of Bankruptcy Procedure. Allowed unsecured claims shall be paid pro rata the balance of the payments under the Plan and any unsecured debt balance remaining unpaid upon completion of the Plan may be discharged as provided in 11 U.S.C. § 1328.

(D) **EFFECTIVE DATE AND VESTING.** The effective date of the Plan shall be the date of this Order. Property of the estate vests in Debtors upon confirmation, subject to the rights of the Trustee to assert a claim to any additional property of the estate pursuant to 11 U.S.C. § 1306.

**ORDER SIGNED ABOVE**

Approved as to Form and Content By:

_____
Edward J. Maney, Trustee

_____
Tom McAvity
Attorney for Debtors

_____
Bradley J. Stevens
Assistant Attorney General
Attorney for the State of Arizona
ex rel. Arizona Department of Revenue

- 4 -

In re: Binfet
Case No. 2: 23-00603-DPC

The Debtors certify: All required State and Federal Income tax returns have been filed No domestic support obligation is owed or, if owed, such payments are current since the filing of the Petition.

*Joseph M. Binfet*
JOSEPH M. BINFET, Debtor

*Charlene F. Binfet*
CHARLENE F. BINFET, Debtor

- 5 -

In re: Binfet
Case No. 2: 23-00603-DPC