SIGNED.

Dated: June 29, 2023

Daniel P. Collins, Bankruptcy Judge

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

In re

JOSEPH M. BINFET,

CHARLENE F. BINFET,

Debtors.

CHAPTER 13

CASE NO. 2: 23-00603-DPC

**AMENDED STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN**

This Amended Stipulated Order is provided for the purpose of correcting the claim amount for the Internal Revenue Service, per the amended claim 20 filed on June 14, 2023.

**IT IS ORDERED** correcting paragraph (4)(a) Unsecured Priority Claims in the Stipulated Order Confirming First Amended Chapter 13 Plan as follows:

(4) <u>Unsecured Priority Claims:</u>

(a) Internal Revenue Service shall be paid an unsecured priority claim of $16,712.72 with no interest for income taxes.

All other provisions shall remain in effect as per the Stipulated Order Confirming Chapter 13 plan signed on June 6, 2023.

- 1 -

In re: BINFET
Case No. 2: 23-00603-DPC

_____
Edward J Maney, Trustee

_____
Tom McAvity
Attorney for Debtors

- 2 -